# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR32 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ENOCH PITTMAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of a third-party, Julia Pittman, for release of $2,500.00 in funds that she paid to secure the Defendant's bond (Filing No. 71).

The Clerk of this district has received the $2,500 and verified that this amount was received from Julia Pittman. The Clerk advises that the Defendant has not paid his $100 special assessment. Therefore, $2,400.00 will be released to Ms. Pittman and $100 will be applied toward the special assessment.

IT IS ORDERED:

1. The motion of a third-party, Julia Pittman, for release of $2,500.00 in funds that she paid to secure the Defendant's bond (Filing No. 71) is granted in part and denied in part as follows:

   a. the Clerk shall release $2,400.00 to Julia Pittman;

   b. the Clerk shall apply the remaining $100.00 to Mr. Pittman's special assessment; and

2. The Clerk shall mail a copy of this Order to Ms. Pittman at the address provided in her motion and to the Defendant at his last known address.

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge