# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR32** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ENOCH PITTMAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to compel the government to file a motion for reduction of sentence (Filing No. 77).

As the plea agreement states, the decision to file a motion under Criminal Rule of Procedure 35 is left solely to the discretion of the U.S. Attorney.

IT IS ORDERED that the Defendant's motion to compel the government to file a motion for reduction of sentence (Filing No. 77) is denied.

DATED this 28th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge