IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR32 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **ENOCH PITTMAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 79) for an evidentiary hearing to "prove that the government agreed, after a proffer, to bring the Defendant back for re-sentencing."

IT IS ORDERED that the Defendant's motion for an evidentiary hearing (Filing No. 79) is denied.

DATED this 13th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge